UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| D.G. SWEIGERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:23-cv-01228-JRS-MG |
| | ) |
| JASON GOODMAN, | ) |
| 21ST CENTURY 3D, | ) |
| CROWDSOURCE THE TRUTH, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEFICIENCY**

Your complaint has been received. You shall have through **October 27, 2023** in which to either pay the $402 filing fee for this action or demonstrate that you lack the financial ability to do so by filing a motion for leave to proceed without the prepayment of the filing fee (in forma pauperis). A form motion for leave to proceed without the prepayment of the filing fee is being provided for your use.

Failure to correct the deficiency may subject the case to dismissal for failure to prosecute.

Date: 09/27/2023

Roger A. G. Sharpe, Clerk of Court

Distribution:

D.G. SWEIGERT
1522 Vance Avenue
Fort Wayne, IN 46805