FILED
10/01/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>21st Century 3D<br>CrowdSource The Truth<br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

## CHANGE OF ADDRESS

The *pro se* Plaintiff (undersigned) files these papers to provide a transmittal letter for the Clerk concerning the undersigned's new address:

**D. G. SWEIGERT, C/O, MAILBOX, PMB 13339**

514 Americas Way, Box Elder, SD 57719

Spoliation-notice@mailbox.org

Signed September 29, 2023 (9/29/2023)

*[signature]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O

1

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

And

Georg.webb@gmail.com

Certified under penalties of perjury.  Signed this 29th day of September, 2023 (9/29/2023).

**PRO SE PLAINTIFF**