Case 1:23-cv-01228-JRS-MG   Document 17   Filed 11/22/23   Page 1 of 1 PageID #: 165

FILED
11/22/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

1:23-cv-01228-JRS-MG

-------------------------------------------------------------------X

D. G. SWEIGERT

Plaintiff,

-against-

JASON GOODMAN et al

Defendant.

-------------------------------------------------------------------X

NOTICE OF MOTION TO STAY PROCEEDINGS FOR INVESTIGATION INTO FRUAD ON THE COURT

PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, defendant, Jason Goodman, ("Goodman") by and for himself pro se, hereby moves this Honorable Court for an order staying these proceedings and opening an investigation into documents filed by Plaintiff David George Sweigert, ("Sweigert") that give rise to allegations of fraud upon the Court including criminal acts in violation 18 U.S. Code §§ 1341 and 1342, for the reasons stated in the attached memorandum and for any other relief as determined by the Court.

Dated: New York, New York November 22, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998