UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert, Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia<br><br>**FILED**<br>**11/27/2023**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

**PLAINTIFF'S NOTICE OF MOTION IN OPPOSITION
TO DEFENDANT'S MOTION TO STAY PROCEEDINGS (ECF no. 17 and 18)**

---

Pursuant to the document "Practice and Procedures for District Judge James R. Sweeney II (Appendix A)" this is a NOTICE OF MOTION IN OPPOSITION. The exhibits are provided in an accompanying EXHIBIT ANNEX and a SUPPORTING BRIEF filed separately.

Sworn under penalties of perjury. Signed November 27, 2023 (11/27/2023)

*[signature: D. Swt]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1