# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert, Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>**1:23-cv-01228-JRS-MG**<br><br>**Judge James R. Sweeney II**<br><br>**Magistrate Judge Mario Garcia**<br><br>**FILED**<br>**11/27/2023**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

**EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS (ECF no. 17 and 18) WITH REQUEST FOR SANCTIONS**

# ANNEX OF EXHIBITS

Signed November 27, 2023  (11/27/2023)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

1

# ANNEX OF EXHIBITS

| Attachment | Description | Pages |
|:---:|:---|:---:|
| 1 | Exhibit A:<br>Screen shots of crowdsourcethetruth.org | 2 pages |
| 2 | Exhibit B:<br>Screen shots of Youtube.com channel<br>Crowdsource The Truth 10 | 5 pages |
| 3 | Exhibit C:<br>Screen shots of Youtube.com channel<br>Crowdsource The Truth 10 | 2 pages |
| 4 | Exhibit D:<br>Screen shot of Twitter channel<br>"JG_CSTT" | 1 page |
| 5 | Exhibit E:<br>Screen shot of Twitter channel<br>"JG_CSTT" | 1 page |
| 6 | Exhibit F:<br>Screen shot of Twitter channel<br>"GHenryDickFace" | 1 page |
| 7 | Exhibit G:<br>Screen shot of e-mail message from<br>Jason Goodman | 1 page |
| 8 | Exhibit H:<br>Screen shots of PATREON page for<br>Crowdsource The Truth | 2 pages |
| 9 | Exhibit I:<br>Screen shots of Twitter channel<br>"JG_CSTT" | 2 pages |
| 10 | Exhibit J:<br>Screen shots concerning Brian<br>Vukadonovich | 2 pages |
| 11 | Exhibit K:<br>Screen shot of Amazon book by Brian<br>Vukadonovich | 1 |
| 12 | Exhibit L:<br>Screen shots of REDDIT pages for<br>Crowdsource The Truth | 2 |
| 13 | Exhibit M:<br>Copy of ORDER from the S.D.N.Y.<br>dated 6/29/2023 | 2 |

| 14 | Exhibit N:<br>Screen shot of Twitter channel for "JG_CSTT" | 1 |
|----|----|----|
| 15 | Exhibit O:<br>Copy of ORDER from the M.I.E.D. dated 2/11/2022 | 5 pages |

**EXHIBIT A**



----------------------- PDF Viewer -----------------------

ALLEGATIONS OF FRAUD UPON THE

COURT AGAINST DAVID SWEIGERT

Download PDF ▶

Case 1:23-cv-01228-JRS-MG   Document 18   Filed 11/22/23   Page 1 of 24 PageID #: 166

IN THE UNITED STATES DISTRICT COURT                1:23-cv-01228-JRS-MG
FOR THE SOUTHERN DISTRICT OF INDIANA
------------------------------------------------------------X
                    D. G. SWEIGERT                          MEMORANDUM IN
                                                            SUPPORT OF
                        Plaintiff,                          MOTION TO STAY
                                                            PROCEEDINGS FOR
                       -against-                            INVESTIGATION
                                                            INTO FRUAD ON THE
                                                            COURT

**https://crowdsourcethetruth.org/**

4

# ALLEGATIONS OF FRAUD UPON THE COURT AGAINST DAVID SWEIGERT

Download PDF ▸



**https://crowdsourcethetruth.org/**

**EXHIBIT B**

**B-1**



**https://www.youtube.com/watch?v=7V8dtwiD4mI**

**B-2**



**https://www.youtube.com/watch?v=7V8dtwiD4mI**

**B-3**



https://www.youtube.com/watch?v=7V8dtwiD4mI

**B-4**



https://www.youtube.com/watch?v=7V8dtwiD4mI

B-5



B-6



**B-7**



**B-8**



**B-9**



**EXHIBIT C**



**https://twitter.com/JG_CSTT/status/1727716418232410544**



**EXHIBIT D**



https://twitter.com/JG_CSTT/status/1727525557653410194



**EXHIBIT E**



https://twitter.com/JG_CSTT/status/1727580823002415215



13

**EXHIBIT F**



**https://twitter.com/GHenryDickface/with_replies**

**EXHIBIT G**



### Re: Sweigert v. Goodman, 23-cv-05875-JGK

Jason Goodman <truth@crowdsourcethetruth.org>
To  David George Acton Sweigert  Copy  spoliation@posteo.net

11/21/2023 6:58 PM    JG

Reply    Reply all    Forward    Delete

They should be arresting you for mail fraud you psychopath.

On Nov 21, 2023, at 9:57 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

Copies provided to the Indiana State Police for possible arrest warrant.

On 11/21/2023 6:56 PM PST Spoliation Notice <spoliation-notice@mailbox.org> wrote:

Sweigert v. Goodman, 23-cv-05875-JGK

See attached.

---

---------- Original Message ----------
From: Jason Goodman <truth@crowdsourcethetruth.org>
To: David George Acton Sweigert <spoliation-notice@mailbox.org>
Cc: "spoliation@posteo.net" <spoliation@posteo.net>
Date: 11/21/2023 6:58 PM PST
Subject: Re: Sweigert v. Goodman, 23-cv-05875-JGK


They should be arresting you for mail fraud you psychopath.

**EXHIBIT H**

**H-1**



https://twitter.com/JG_CSTT/status/1727816349379150265

Special Thanksgiving Counterlawfare Episode tonight, tune in at 9pm eastern Is Stupid Mario World's Goose Finally Cooked? subscribestar.com/crowdsourcethe… odysee.com/@Crowdsourceth… crowdsourcethetruth.substack.com patreon.com/crowdsourcethe

**H-2**

## The Counterlawfare Report – ALLEGATIONS OF FRAUD UPON THE COURT

10 minutes ago

It's beginning to look like a particularly vexatious turkey's goose is cooked this Thanksgiving….



❤ 2    💬 1    ⬆

## Ghost Town NYC Thanksgiving Special – Counterlawfare Reigns on Stupid Mario World Parade

11 hours ago

Although some people may find it funny, this has never been a joke. The gloves are off as Indiana Attorney General is notified of explosive...



❤ 2    💬 2    ⬆

**https://www.patreon.com/crowdsourcethetruth**

**EXHIBIT I**

**I-1**



https://twitter.com/JG_CSTT/status/1727468319920292151

**I-2**



https://twitter.com/JG_CSTT/status/1727468831319458074

**EXHIBIT J**

**J-1**



[https://www.patreon.com/posts/counterlawfare-23394547?l=es](https://www.patreon.com/posts/counterlawfare-23394547?l=es)



**EXHIBIT J-2**



https://www.reddit.com/r/CrowdSourceTheTruth/comments/9xd0fg/the_counterlawfare_report_with_brian_vukadinovich/

**EXHIBIT K**

Books › Biographies & Memoirs › Professionals & Academics



Roll over image to zoom in



# Rogues in Black Robes Hardcover – April 3, 2023

by Brian Vukadinovich (Author)

5.0 ★★★★★ ⌄     5 ratings          See all formats and editions

| Kindle | Hardcover | Paperback |
|---|---|---|
| $8.49 | **$19.05** | $12.99 |

Read with our **free app**

8 Used from $23.95          3 Used from $20.70
12 New from $19.05          5 New from $12.99

**"... with liberty, and justice for all."But is there truly justice for all?And how "just" is our justice system?**
Find out for yourself as you read how

- a federal court of appeals judge in Chicago **used his influence to have a decision fixed** regarding an appeal filed against rogue police

12 New from $19.05          5 New from $12.99

**"... with liberty, and justice for all."But is there truly justice for all?And how "just" is our justice system?**
Find out for yourself as you read how

- a federal court of appeals judge in Chicago **used his influence to have a decision fixed** regarding an appeal filed against rogue police
- a former judge of the United States Court of Appeals decided to come clean and disclose how he **allowed himself to be manipulated** into throwing the decision
- the chief judge of the United States Court of Appeals and other members of that court, **covered up the case-fixing activities**

In *Rogues in Black Robes*, you will read about mechanisms that are put in place to protect corrupt judges from accountability when they breach their sworn oaths of office and even violate the laws of the United States.

**Read, learn, and decide for yourself whether there is truly "justice for all."**
⌃ Read less

https://www.amazon.com/Rogues-Black-Robes-Brian-Vukadinovich/dp/1637774060

**EXHIBIT L**



https://www.reddit.com/r/CrowdSourceTheTruth/comments/aeac0v/question_for_legal_experts_has_d_george_sweigert/





**crowdsourcethetruth** 🎤 · 5 yr. ago

I'm holding the evidence in my hand, and making a very specific accusation. Your assessment is completely wrong. Further details will be revealed in due time

⊖ ⬆ 1 ⬇   💬 Reply   ⬆ Share   ⋯

**NickDixon37** · 5 yr. ago

Your evidence is worth diddlysquat if you're not sharing it. And making such vague accusations without evidence makes you look petty.

⊖ ⬆ 1 ⬇   💬 Reply   ⬆ Share   ⋯

**[deleted]** · 5 yr. ago

Dont you know Goodman is a loser. Everyone knows that. 90% of the Truth community thinks he's a joke.

⬆ 0 ⬇   💬 Reply   ⬆ Share   ⋯

**EXHIBIT M**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JASON GOODMAN,

                              Plaintiff,

        -against-                                          21 **CIVIL** 10878 (AT)(JLC)

                                                           **JUDGMENT**

CHRISTOPHER ELLIS BOUZY, BOT
SENTINEL, INC, GEORGE WEBB
SWEIGERT, DAVID GEORGE SWEIGERT,
BENJAMIN WITTES, NINA JANKOWICZ,
ADAM SHARP, MARGARET ESQUENET,
THE ACADEMY OF TELEVISION ARTS
AND SCIENCES, SETH BERLIN, MAXWELL
MISHKIN,
                              Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 28, 2023, the Court has OVERRULED the parties'

objections and ADOPTED the conclusions in the Second R&R. Accordingly: 1. Goodman's

motion for default judgment against Bouzy and Bot Sentinel is DENIED. 2. Goodman's motion

for sanctions against Bouzy, Bot Sentinel, and Berlin is DENIED. Defendants' request for

attorney's fees is DENIED. 3. Goodman's motion for a preliminary injunction is DENIED. 4.

Bouzy, Bot Sentinel, Berlin, and Mishkin's motion to dismiss is GRANTED. 5. Sweigert's

motion to dismiss is GRANTED. 6. Jankowicz and Wittes's motion to dismiss is GRANTED. 7.

For the same reasons that the Court grants the other Defendants' motions to dismiss, Esquenet,

Sharp, and ATAS's motion to dismiss is GRANTED. 8. Goodman's motion for leave to amend

his complaint is DENIED. 9. Jankowicz and Wittes's motion for sanctions is GRANTED.

Goodman is enjoined from filing additional documents on the docket relating to Wittes or

Jankowicz in this District; filing any federal district court action against Wittes or Jankowicz

relating to the subject matter in this case; and filing any new pro se action against Wittes or

Jankowicz in any federal district court without first obtaining leave of that court. Defendants'

request for attorney's fees is DENIED. The complaint is DISMISSED with prejudice as to all

Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

June 29, 2023

**RUBY J. KRAJICK**

_____

**Clerk of Court**

**BY:**        K. mango

_____

**Deputy Clerk**

**EXHIBIT N**



[https://twitter.com/JG_CSTT/status/1725210827202941408](https://twitter.com/JG_CSTT/status/1725210827202941408)

Adam Sharp is a malicious and evil individual who I allege worked with corrupt Jurist Valerie Caproni, Sweigert and others to deny me a fair trail, destroy the financial success of my business and attempt to rob me of all my resources including my home.

These evil, corrupt individuals, including but not limited to Sharp will be sued until justice is served or I am able to proceed.  It is my hope that the process will reveal  evidence of criminality sufficient to put Sharp and his co-conspirators on trial for treason and eventually found guilty and served the harshest available sentece.

Sharp still has an opportunity to reverse course and fix what he has done but time is running out.  His failure to do that will result in total legal destruction and ultimate incarceration.  I promise, I will not rest until that is achieved.

For those just joining, does anyone else find it remarkably coincidental that Sharp's father reported from inside the Dallas police station on November 22, 1963?
#Traitors #ImpeachValerieCaproni #prison

[https://twitter.com/JG_CSTT/status/1725210827202941408](https://twitter.com/JG_CSTT/status/1725210827202941408)

**EXHIBIT O**


**ORDER OF DISTRICT JUDGE GERSHWIN DRAIN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE W. SWEIGERT,

Plaintiff,

v.

JASON GOODMAN,

Defendant.

_____/

Case No. 22-cv-10002

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER ENJOINING DEFENDANT FROM CONTACTING COURT PERSONNEL AND FAMILY, REQUIRING DEFENDANT TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED AND SCHEDULING SHOW CAUSE HEARING FOR MARCH 4, 2022 AT 11:00 A.M.

On January 3, 2022, *pro se* Plaintiff George W. Sweigert, a Georgia resident, filed the present defamation action against Defendant Jason Goodman, a New York resident. *See* ECF No. 1, PageID.2. Sweigert alleges Goodman made defamatory statements in a July 2021 amicus brief submitted in another action pending before this court, *George Sweigert v. Cable News Network, Inc*., No. 20-cv-12933, as well as repeated these statements on the social media platform YouTube. The parties have a history of acrimonious and vexatious litigation practices. *See Sweigert v. Goodman*, No. 18-CV-8653, 2022 U.S. Dist. LEXIS 251325, (S.D.N.Y. Jan. 19, 2022) (characterizing a lawsuit between the parties as "involv[ing] two *pro se* litigants whose occupations appear to consist chiefly of concocting outlandish

1

conspiracy theories and accusing one another of criminal conduct and other misbehavior on the internet.").

It has recently come to the Court's attention that Defendant Goodman, as early as June of 2021, has contacted Court personnel complaining about the manner in which *pro se* documents are filed on the Court's electronic case management docketing system. Defendant Goodman has engaged in a pattern of harassing and abusive phone calls to Court personnel. Defendant Goodman has also contacted a federal law enforcement agent to lodge unfounded fraud claims against this Court's personnel. In the past month, Defendant Goodman has escalated his harassing behavior. He obtained the personal cellular and home phone numbers of Court staff and their family members and contacted them outside of Court business hours. During his phone calls, Defendant Goodman yells in a tirade raising myriad accusations against these Court personnel.

"Courts of justice are universally recognized to be vested, by their very creation, with the power to impose silence, respect, decorum, in their presence, and submission to their lawful mandates." *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43 (1991). This authority "reaches both conduct before the court and that beyond the court's confines." *Id.* at 44. Courts are authorized to enjoin vexatious litigants from abusive behavior. *See Feathers v. Chevron U.S.A., Inc.*, 141 F.3d 264, 269 (6th Cir. 1998); *see also Wrenn v. Vanderbilt Univ. Hosp.*, No. 94-5453, 1995 U.S. App.

LEXIS 5470, at *7 (6th Cir. 1995).  While Defendant Goodman has not submitted repetitive vexatious filings in this matter, his harassing phone calls to Court staff and their family members using their personal phone numbers outside of business hours is antithetical to the administration of justice and will not be tolerated.  Defendant is ENJOINED from contacting any Court staff, including but not limited to, the *pro se* Litigation Administrator, or their family members on their personal cellular or home phones.

Courts also possess the authority to control their docket.  That authority includes the "inherent power to sanction when a party has acted in bad faith, vexatiously, wantonly, or for oppressive reasons, or when the conduct was tantamount to bad faith."  *See United States v. Llanez-Garcia*, 735 F.3d 483, 492 (6th Cir. 2013) (internal quotation omitted).  Bad-faith conduct requires a district court to make three findings: (1) the actions were meritless; (2) the litigant should have known the actions were meritless; and (3) the motive behind the actions served an improper purpose such as harassment.  *See United States v. Aleo*, 681 F.3d 290, 305 (6th Cir. 2012).  Defendant shall show cause, in writing, why this Court should not impose sanctions for his conduct.

Accordingly, IT IS ORDERED that Defendant is ENJOINED from contacting Court personnel and their family members using their personal home or cellular phone numbers.

IT IS FURTHER ORDERED that Defendant SHOW CAUSE, IN WRITING, no later than February 25, 2022, why he should not be sanctioned for his harassing conduct toward Court personnel.

IT IS FURTHER ORDERED that Defendant may contact the Court's chambers at (313) 234-5215 for scheduling related inquiries in this matter, but all other communications relating to this matter SHALL be in writing and mailed to the Court's chambers or Clerk's office.

IT IS FURTHER ORDERED that if Defendant believes he has business with the District Court for the Eastern District of Michigan unrelated to the above entitled matter that requires he contact the Court, he may call the Clerk's Office, however he SHALL make such calls with courtesy and in an expeditious manner.

IT IS FURTHER ORDERED that a show cause hearing SHALL be held on March 4, 2022 at 11:00 a.m. by Zoom teleconferencing.

**IT IS SO ORDERED.**

Dated:  February 11, 2022          /s/ Gershwin A. Drain
                                   GERSHWIN A. DRAIN
                                   UNITED STATES DISTRICT JUDGE

4

CERTIFICATE OF SERVICE

Copies of this Order were served on
February 11, 2022, by ordinary mail to Jason Goodman at 252 7th Avenue, No. 6s,
New York, NY 10001, and on George Webb Sweigert at 209 St. Simons Cove,
Peachtree City, GA 30269
<u>/s/Jennifer McCoy for Teresa McGovern</u>
Case Manager