## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| D.G. SWEIGERT, <br> Plaintiff <br> <br> v. <br> <br> JASON GOODMAN, et al, | ) Case No. 1:23-cv-01228-JRS-MG <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Tyler M. Layton** counsel for **Defendant, Patreon, Inc.** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> **Tyler M. Layton**
> **Patreon, Inc.**
> **600 Townsend Street, Suite 500**
> **San Francisco, CA 94103**
> **tyler@patreon.com**

Date: 12/8/2023

*/s/ Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF