UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| D.G. SWEIGERT, *Plaintiff* | ) Case No. 1:23-cv-01228-JRS-MG<br>)<br>) |
| v. | )<br>) |
| JASON GOODMAN, *et al*, *Defendants* | )<br>)<br>) |

**NOTICE OF STIPULATION TO EXTEND DEFENDANT PATREON INC.'S RESPONSIVE PLEADING DEADLINE**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff *pro se* D.G. SWEIGERT ("Plaintiff") and Defendant PATREON, INC. ("Defendant"), as follows:

WHEREAS, Plaintiff filed this action on July 12, 2023;

WHEREAS, Plaintiff filed an Amended Complaint naming Patreon, Inc. as a defendant on November 11, 2023 (Dkt. No.13);

WHEREAS, Plaintiff served their Amended Complaint on Defendant on November 28, 2023 (Dkt. No. 27);

WHEREAS, Defendant's responsive pleading deadline is currently December 19, 2023;

WHEREAS, the parties agree that good cause exists to extend Defendant's responsive pleading deadline in order to provide Defendant adequate time to investigate Plaintiff's claims.[1]

---

[1] Plaintiff's signed *Notice of Extension of Time to File Answer* is attached as **Appendix A**.

1

IT IS HEREBY STIPULATED by and between the parties that Defendant shall file their responsive pleading to Plaintiff's Amended Complaint on or before **January 2, 2024**.

| | |
|---|---|
| Dated: December 14, 2023 | Respectfully submitted, |

_____

Tyler M. Layton
Attorney for Defendant
Patreon, Inc.

600 Townsend St., Ste. 500
San Francisco, CA 94132
tyler@patreon.com

# **APPENDIX A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert, Plaintiff  -against-  Jason Goodman,  21st Century 3D  CrowdSource The Truth  PATREON, INC. *A Delaware Corporation*  Defendants | PRO SE  1:23-cv-01228-JRS-MG  Judge James R. Sweeney II  Magistrate Judge Mario Garcia |

**PLAINTIFF'S NOTICE OF EXTENSION OF TIME TO FILE ANSWER PURSUANT TO L.R. B-7006-1**

**MAY IT PLEASE THE COURT**, the *pro se* Plaintiff extends the time for the Defendant Patreon, Inc. to file an ANSWER to the Amended Complaint (ECF no. 13, 11/11/2023) until January 2, 2024. The Plaintiff opposes any dates past 1/2/2024.

Signed December 13, 2023 (12/13/2023)

*D. Swgt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

**CERTIFICATE OF SERVICE**

It is hereby affirmed that on December 13th, 2023 the following document:

**PLAINTIFF'S NOTICE OF EXTENSION OF TIME TO FILE ANSWER**

Was mailed via the U.S. Post Office to: Jason Goodman, 252 7th Avenue, New York, N.Y. 10001.

Signed December 13, 2023 (12/13/2023)

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1