**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| D.G. SWEIGERT, *Plaintiff* ) | Case No. 1:23-cv-01228-JRS-MG |
| ) | |
| v. ) | |
| ) | |
| JASON GOODMAN, *et al*, *Defendants* ) ) | |

**STIPULATION TO EXTEND DEFENDANT PATREON INC.'S RESPONSIVE PLEADING DEADLINE**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff *pro se* D.G. SWEIGERT ("Plaintiff") and Defendant PATREON, INC. ("Defendant") as follows:

WHEREAS, Plaintiff filed this action on July 12, 2023;

WHEREAS, Plaintiff amended the complaint to name Patreon, Inc. as a Defendant on November 11, 2023;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on November 28, 2023;

WHEREAS, the parties have entered into one prior stipulation to extend Defendant's responsive pleading deadline from December 19, 2023, to January 2, 2024;

WHEREAS, the parties agree that good cause exists to further extend Defendant's responsive pleading deadline in order to accommodate the parties' schedules, provide Defendant adequate time to investigate Plaintiff's claims, and also to provide the parties adequate time to explore possible settlement.

IT IS HEREBY STIPULATED by and between the partiesthat Defendant's responsive pleading is now due on or before **February 2, 2024**.

Dated: December 19, 2023               Respectfully submitted,

*Tyler Layton*
99FF3762D76629C88C23FA4F07DC896B    contractworks.

Tyler M. Layton
Attorney for Defendant
Patreon, Inc.

600 Townsend St., Ste. 500
San Francisco, CA 94132
tyler@patreon.com


Dated: __12/19/2023__                  Respectfully submitted,

*D.G. Sweigert*
85858040B99A7C4CAB8F3CCF4A9343B6    contractworks.

D.G. Sweigert
Plaintiff *pro se*

PMB 13339
514 Americas Way
Box Elder, SD 57719

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| D.G. SWEIGERT, *Plaintiff* | ) Case No. 1:23-cv-01228-JRS-MG ) ) |
| v. | ) ) |
| JASON GOODMAN, *et al*, *Defendants* | ) ) ) |

## PROPOSED ORDER

Upon consideration of the parties' Stipulation to Extend Defendant Patreon Inc.'s Responsive Pleading Deadline, the Court hereby ORDERS as follows:

Defendant Patreon, Inc.'s responsive pleading to Plaintiff D.G. Sweigert's Amended Complaint for Damages, filed November 11, 2023 (Dkt. No. 13), shall be filed on or before **February 2, 2024**.

SO ORDERED.

Dated: _____     Signed: _____

The Honorable Magistrate Judge
Mario Garcia

3