FILED
03/10/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br>21st Century 3D<br>CrowdSource The Truth<br><br>PATREON, INC.<br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

## NOTICE OF APPEAL

The *pro se* Plaintiff hereby APPEALS the decision at ECF no. 83, 2/28/2024, to the U.S. Court of Appeals for the Seventh Circuit.

Signed March 11, 2024 (03/11/2024)

*/s/ D. Sgt/*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

## CERTIFICATE OF SERVICE

On this date the undersigned's Notice of Appeal has been placed in the U.S. Postal Service and sent to: Youtuber Jason Goodman, 252 7th Avenue, Apt. 6-S New York, N.Y. 10001

Signed March 11, 2024   */s/ D. Sgt/*

1