**FILED**

**03/11/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

The Honorable James R. Sweeney II
U.S. District Court for the Southern District of Indiana
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Via pro se electronic filing

Re:   Sweigert v Goodman   Case 1:23-cv-01228-JRS-MG

March 8, 2024

Dear Judge Sweeney II,

Concurrent with this letter, I have filed a request for judicial notice of filings made by the plaintiff in 1992 which the Court should consider a related filing. It demonstrates the plaintiff's unprecedented pattern and practice of abuse of the district courts.

The related filing contains evidence from a qui tam case brought by plaintiff David George Sweigert thirty-two years ago. The rulings even at that time prove that Sweigert has been an aggressive serial pro se litigant engaged in the repeated practice of suing selected targets with defective, vexatious litigation since at least 1992.

It is absurd and incorrect to equate us as coequals in this destructive legal battle that he created. I am only his latest victim, having come under his persistent attack for the past seven years. I have never met Sweigert and have no business or personal relationship with him.

I am an independent investigative journalist who previously earned a very good living publishing video reports on the internet. When my investigative journalism revealed facts and evidence that Sweigert apparently disfavored, he decided to devote his life to destroying my access to social media, making it impossible for me to earn a living, and occupying all of my time fighting his continuous legal onslaught. I am merely attempting to defend my financial and legal life and put an end to Sweigert's continuous abuse.

  I write to regrettably and quixotically request that you grant Mr. Sweigert's ill-conceived motion for reconsideration and preside over this case to dismiss it immediately for all of the reasons set forth in your Honor's prior rulings.

  I further request, and frankly beg of your Honor, that you permanently enjoin Sweigert from moving in this or any other U.S. District Court as a pro se litigant without first seeking leave of the Court and obtaining Barred legal counsel.

  I additionally and humbly implore your honor to refer this case to the United States Postal Police, the Indiana State Attorney General, the United States Attorney General, or any other appropriate authority as determined by your Honor, for a criminal investigation into Mr. Sweigert's serial abuse of the U.S. District Courts and alleged violations of state and federal law.

                  Respectfully submitted,

                   Jason Goodman