UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.G. SWEIGERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01228-JRS-MG |
| | ) | |
| JASON GOODMAN, | ) | |
| 21ST CENTURY 3D, | ) | |
| CROWDSOURCE THE TRUTH, | ) | |
| PATREON, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**Order on Remaining Motions**

This frivolous case was transferred to New York, where the Parties were previously subject to sanction. (Transfer Order, ECF No. 83.) The case here is over. Remaining on this Court's docket are a Motion for Reconsideration, (ECF No. 85), a Motion for Judicial Notice, (ECF No. 88), and a Motion to Strike the Motion for Reconsideration, (ECF No. 93).

Those motions are **denied.** The Court's enforcement, by transfer, of its steering Order, (ECF No. 45), was well within its broad powers to manage its docket. *Dorsey v. Varga*, 55 F.4th 1094, 1104 (7th Cir. 2022). The Parties raise no new issues meriting the Court's attention.

No further filings will be accepted in this case; attempts at frivolous or malicious filings may be met with sanction.

**SO ORDERED.**

Date: 04/02/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

D.G. SWEIGERT
C/O PMB 13339
514 Americas Way
Box Elder, SD 57719

JASON GOODMAN
252 7th Avenue Apt 6s
New York, NY 10001

Tyler Mitchell Layton
Patreon, Inc.
tyler@patreon.com